AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hendren, Jimm L | U.S. District Court - Arkansas | 5/9/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief District Judge - active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial   ◉ Annual    ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address<br>*Hammerschmidt*<br>John Paul M. Federal Building<br>35 East Mountain Street<br>Fayetteville, AR 72701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 12 P 1: 51

RECEIVED